No. 248, Misc. SPADA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 250, Misc. COOPER ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox* for the United States. ▮

No. 251, Misc. WILKINS *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 255, Misc. MILES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *David I. Shapiro* for petitioner. *Solicitor General Cox; Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 256, Misc. HARRIS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 257, Misc. PHILLIPS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 259, Misc. BALDWIN ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 262, Misc. IKERD *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 266, Misc. HILL *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 269, Misc. KING *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.